RECEIVED
MAY - 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | CIVIL ACTION NO. 07-0046 |
| VERSUS | JUDGE DOHERTY |
| UFOREX CONSULTING, LLC., ET AL. | MAGISTRATE JUDGE HILL |

### ORDER

Considering the foregoing Motion to Dissolve Statutory Restraining Order filed by defendants, UForex Consulting, LLC., a.k.a. UForex, LLC, a.k.a. UForexia, Ltd and Paul R. Correa, a/k/a Paul R. Karr [Doc. 30],:

IT IS HEREBY ORDERED that the defendants' motion is GRANTED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 3rd day of May, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE