RECEIVED

MAR 31 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | CIVIL ACTION NO. 07-0046 |
| VERSUS | JUDGE DOHERTY |
| UFOREX CONSULTING, LLC., ET AL. | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the Motion to Convert [Rec. Doc. 44] filed by defendants, UForex Consulting, Paulo R. Correa and Mario Garcia, is **GRANTED,** and defendants' motion to dismiss [Rec. Doc. 21] is hereby **CONVERTED** into a Motion for Summary Judgment.

IT IS FURTHER ORDERED that the motion for summary judgment is hereby **GRANTED** in its entirety, and thus the complaint filed by the CFTC is **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that the parties are to jointly submit a judgment, approved as to form, within thirty days of receipt of this Ruling.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 31 day of March, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT